**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorneys for Defendant American Education Services/
Pennsylvania Higher Education Assistance Agency

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. FORESTER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, a corporation, et al.,<br><br>　　　　Defendants. | Case No. 8:09-cv-00930-DOC-RNB<br><br>Assigned to The Hon. David O. Carter, Courtroom 9D<br><br>**ORDER OF DISMISSAL OF DEFENDANT AMERICAN EDUCATION SERVICES/ PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY WITH PREJUDICE** |

Pursuant to the stipulation for dismissal between Plaintiff Robert M. Forester and American Education Services/Pennsylvania Higher Education Assistance Agency,

American Education Services/Pennsylvania Higher Education Assistance Agency hereby is dismissed with prejudice, each side to bear his or its own costs and fees.

DATED: August 4, 2010

*/s/ David O. Carter*
_____
The Honorable David O. Carter
U.S. District Court Judge

698725.1

[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT AES/PHEAA WITH PREJUDICE